JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.  CV 20-8513-GW-MAAx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| VARTOOSH MANSOUR, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: April 12, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE